IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                                                            **PLAINTIFF**

V.                                                                        **CAUSE NO. 3:18-CV-708-CWR-LRA**

**PELICIA HALL, ET AL.**                                                                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on July 19, 2019. Docket No. 28. The Report and Recommendation clearly notified the petitioner that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with Local Rule 72(a)(3). *Id.*; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice for failure to exhaust available state court remedies. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 16th day of August, 2019.

                                                                      s/ Carlton W. Reeves
                                                                      UNITED STATES DISTRICT JUDGE